**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD FRANCIS FISHER,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 67181

**FILED**

JUL 2 4 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Third Judicial District Court, Lyon County; William Rogers, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. William Rogers, District Judge
       Anne W. Laughlin
       Attorney General/Carson City
       Lyon County District Attorney
       Third District Court Clerk
       Donald Francis Fisher

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22556